**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-08463 |
| | § | |
| JESSE M KING | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/11/2016. The undersigned trustee was appointed on 03/11/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $140,021.52

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $9,378.00 |
| Bank service fees | $0.00 |
| Other Payments to creditors | $121,790.75 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $5,000.00 |
| Other payments to the debtor | $0.00 |
| | |
| Leaving a balance on hand of[1] | $3,852.77 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6.  The deadline for filing non-governmental claims in this case was <u>07/26/2016</u> and the deadline for filing government claims was <u>07/26/2016</u>. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is <u>$10,001.08</u>. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received <u>$0.00</u> as interim compensation and now requests the sum of <u>$1,000.00</u>, for a total compensation of <u>$1,000.00</u>[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of <u>$0.00</u>, and now requests reimbursement for expenses of <u>$254.78,</u> for total expenses of <u>$254.78</u>.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: <u>06/11/2018</u>                    By:   <u>/s/ David P. Leibowitz</u>
                                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   1        Exhibit A

| Case No.: | 16-08463 |
| Case Name: | KING, JESSE M |
| For the Period Ending: | 6/11/2018 |

| Trustee Name: | David Leibowitz |
| Date Filed (f) or Converted (c): | 03/11/2016 (f) |
| §341(a) Meeting Date: | 04/21/2016 |
| Claims Bar Date: | 07/26/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 600 S Wayne Place Wheeling IL 60090-0000 | $164,148.00 | $8,831.25 | | $140,000.00 | FA |
| | Asset Notes:   Sold pursuant to order entered on 10/19/2016 (dkt #37). | | | | | |
| 2 | Dodge Dakota 2005 119,000 | $4,500.00 | $2,500.00 | | $0.00 | FA |
| | Asset Notes:   CarMax appraisal: $4500; scheduled value updated per amended schedule B filed 08/03/2016 (dkt #28). | | | | | |
| 3 | Kawasaki Vulcan 700 1984 80,000 | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Furnishings | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 5 | 2 rifles including AK47, 2 pistols | $4,500.00 | $1,500.00 | | $0.00 | FA |
| | Asset Notes:   Exemption updated pursuant to amended schedule C filed 7/12/2016 (dkt #26) | | | | | |
| 6 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 7 | Metro Bank - 2 accts | $500.00 | $500.00 | | $0.00 | FA |
| 8 | Pension payout (see Schedule I) | Unknown | $0.00 | | $0.00 | FA |
| 9 | IRA - Metro Savings | $88.00 | $0.00 | | $0.00 | FA |
| 10 | Not expecting tax refund (2015) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Term policy - Metropolitan | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Refund from City of Wheeling for water bill overpayment        (u) | $0.00 | $21.52 | | $21.52 | FA |

| TOTALS (Excluding unknown value) | | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | | $176,636.00 | $14,852.77 | | $140,021.52 | $0.00 |

**Major Activities affecting case closing:**

06/21/2017   2017 Reporting Period:

The Trustee liquidated Debtor's real property, and attended to tax issues resulting from the sale.  Debtor amended his homeowners exemption to $5,000 by agreement.

The Trustee received notice from the IRS that they required 45 days to assess any taxes due.

06/30/2016   2016 Reporting Period:

Assets - Trustee to sell Debtor's house

Objected to tools-of-trade exemption for firearms.

Remaining non-exempt equity in scheduled assets, aside from house: $6088

(Trustee may allow this to be deducted from the $15,000 exemption upon sale of house)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| **Case No.:** | 16-08463 |
| **Case Name:** | KING, JESSE M |
| **For the Period Ending:** | 6/11/2018 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 03/11/2016 (f) |
| **§341(a) Meeting Date:** | 04/21/2016 |
| **Claims Bar Date:** | 07/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    12/31/2017          **Current Projected Date Of Final Report (TFR):**    01/31/2018          /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit B

| Case No. | 16-08463 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KING, JESSE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1286 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | King, Jesse |
| For Period Beginning: | 3/11/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/30/2016 | | Fort Dearborn Land Title Company | Net Proceeds of Sale of Real Estate | | * | $8,831.25 | | $8,831.25 |
| | {1} | | Gross proceeds of sale (per settlement statement at dkt #40, Exh A) | $140,000.00 | 1110-000 | | | $8,831.25 |
| | | | Pay off First Mortgage to JP Morgan Chase (no POC filed) | $(117,918.55) | 4110-000 | | | $8,831.25 |
| | | | Title Charges | $(1,075.00) | 2500-000 | | | $8,831.25 |
| | | | Tax proration for 2016 taxes due in 2017 | $(3,872.20) | 4700-000 | | | $8,831.25 |
| | | | Miscellaneous Seller Credit (furnace) | $(1,000.00) | 2500-000 | | | $8,831.25 |
| | | | Commitment update fee to title company | $(125.00) | 2500-000 | | | $8,831.25 |
| | | | CPL fee to title company | $(50.00) | 2500-000 | | | $8,831.25 |
| | | | Overnight service fee to title company | $(25.00) | 2500-000 | | | $8,831.25 |
| | | | State of Illinois policy fee | $(3.00) | 2500-000 | | | $8,831.25 |
| | | | Special counsel to trustee | $(500.00) | 3210-600 | | | $8,831.25 |
| | | | Owner's title insurance | $(300.00) | 2500-000 | | | $8,831.25 |
| | | | Listing Agent  BHHS Koenig Rubloff | $(2,425.00) | 3510-000 | | | $8,831.25 |
| | | | Selling broker commission | $(3,175.00) | 3510-000 | | | $8,831.25 |
| | | | Transfer tax to Cook County | $(70.00) | 2500-000 | | | $8,831.25 |
| | | | Transfer tax to State of Illinois | $(140.00) | 2500-000 | | | $8,831.25 |
| | | | R.E. Decker Professional Land Surveyors | $(490.00) | 3991-620 | | | $8,831.25 |
| 01/04/2017 | (12) | Village of Wheeling | Water Bill Refund | | 1290-000 | $21.52 | | $8,852.77 |
| 01/05/2017 | 3001 | JESSE KING | [VOID] Homestead exemption - reduced by agreement | | 8100-003 | | $5,000.00 | $3,852.77 |
| 01/05/2017 | 3001 | VOID: JESSE KING | [VOID - Check printed upside-down] | | 8100-003 | | ($5,000.00) | $8,852.77 |
| 01/05/2017 | 3002 | JESSE KING | Homestead exemption - reduced by agreement | | 8100-002 | | $5,000.00 | $3,852.77 |
| | | | **SUBTOTALS** | | | $8,852.77 | $5,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No. | 16-08463 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KING, JESSE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1286 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | King, Jesse |
| For Period Beginning: | 3/11/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $8,852.77 | $5,000.00 | $3,852.77 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,852.77 | $5,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $5,000.00 | |
| | | | Net | | $8,852.77 | $0.00 | |

| For the period of 3/11/2016 to 6/11/2018 | | For the entire history of the account between 12/30/2016 to 6/11/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $140,021.52 | Total Compensable Receipts: | $140,021.52 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $140,021.52 | Total Comp/Non Comp Receipts: | $140,021.52 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $131,168.75 | Total Compensable Disbursements: | $131,168.75 |
| Total Non-Compensable Disbursements: | $5,000.00 | Total Non-Compensable Disbursements: | $5,000.00 |
| Total Comp/Non Comp Disbursements: | $136,168.75 | Total Comp/Non Comp Disbursements: | $136,168.75 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3        Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-08463 | |
| Case Name: | KING, JESSE M | |
| Primary Taxpayer ID #: | **-***1286 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 3/11/2016 | |
| For Period Ending: | 6/11/2018 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******6301 |
| Account Title: | King, Jesse |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $8,852.77 | $5,000.00 | $3,852.77 |

| For the period of 3/11/2016 to 6/11/2018 | | For the entire history of the case between 03/11/2016 to 6/11/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $140,021.52 | Total Compensable Receipts: | $140,021.52 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $140,021.52 | Total Comp/Non Comp Receipts: | $140,021.52 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $131,168.75 | Total Compensable Disbursements: | $131,168.75 |
| Total Non-Compensable Disbursements: | $5,000.00 | Total Non-Compensable Disbursements: | $5,000.00 |
| Total Comp/Non Comp Disbursements: | $136,168.75 | Total Comp/Non Comp Disbursements: | $136,168.75 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# CLAIMS ANALYSIS REPORT

| Case No.: | 16-08463 | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | KING, JESSE M | | | | | | | Date: 6/11/2018 |
| Claims Bar Date: | 07/26/2016 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| | DAVID P. LEIBOWITZ<br><br>53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $254.78 | $0.00 | $0.00 | $0.00 | $254.78 |
| | MARY BARRETT KIRBY<br><br>4669 N Manor Ave Chicago IL 60625 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 |
| 1 | MIDLAND CREDIT MANAGEMENT INC AS AGENT FOR ASSET ACCEPTANCE, LLC P.O. Box 2036 Warren MI 48090-2036 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $22,626.56 | $0.00 | $0.00 | $0.00 | $22,626.56 |

**Claim Notes:**

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | ERIN CAPITAL MANAGEMENT, LLC<br><br>c/o World Credit Recovery, LLC 1200 N. Arlington Heights Road Suite 420 Itasca IL 60143 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,400.84 | $0.00 | $0.00 | $0.00 | $4,400.84 |
| 3 | MIDLAND FUNDING LLC<br><br>c/o Midland Credit Management, Inc. PO Box 2011 Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $16,340.66 | $0.00 | $0.00 | $0.00 | $16,340.66 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>POB 41067 Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,685.50 | $0.00 | $0.00 | $0.00 | $5,685.50 |
| | | | | | $50,808.34 | $500.00 | $0.00 | $0.00 | $50,308.34 |

**CLAIM ANALYSIS REPORT**

Exhibit C

| | |
|---|---|
| **Case No.** | 16-08463 |
| **Case Name:** | KING, JESSE M |
| **Claims Bar Date:** | 07/26/2016 |

**Trustee Name:** David Leibowitz
**Date:** 6/11/2018

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Payments to Unsecured Credit Card Holders | $49,053.56 | $49,053.56 | $0.00 | $0.00 | $0.00 | $49,053.56 |
| Special Counsel for Trustee Fees | $500.00 | $500.00 | $500.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| Trustee Expenses | $254.78 | $254.78 | $0.00 | $0.00 | $0.00 | $254.78 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       16-08463
Case Name:      JESSE M KING
Trustee Name:   David P. Leibowitz

Balance on hand: _____ $3,852.77

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: _____ $0.00
Remaining balance: _____ $3,852.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| David P. Leibowitz, Trustee Expenses | $254.78 | $0.00 | $254.78 |
| Special counsel to trustee, Special Counsel for Trustee Fees | $500.00 | $500.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses: _____ $1,254.78
Remaining balance: _____ $2,597.99

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: _____ $0.00
Remaining balance: _____ $2,597.99

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims: _____ $0.00
Remaining balance: _____ $2,597.99

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,053.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Midland Credit Management Inc as agent for Asset Acceptance, LLC | $22,626.56 | $0.00 | $1,198.35 |
| 2 | Erin Capital Management, LLC | $4,400.84 | $0.00 | $233.08 |
| 3 | MIDLAND FUNDING LLC | $16,340.66 | $0.00 | $865.44 |
| 4 | Portfolio Recovery Associates, LLC | $5,685.50 | $0.00 | $301.12 |

Total to be paid to timely general unsecured claims:      $2,597.99
Remaining balance:      $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:      $0.00
Remaining balance:      $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:      $0.00
Remaining balance:      $0.00