**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-08463 |
| | § | |
| JESSE M KING | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

   David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,000.00 | Assets Exempt: | $11,488.00 |
| Total Distributions to Claimants: | $124,388.74 | Claims Discharged Without Payment: | $55,891.57 |
| Total Expenses of Administration: | $10,632.78 | | |

   3)   Total gross receipts of $140,021.52 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $5,000.00 (see **Exhibit 2**), yielded net receipts of $135,021.52 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $108,291.00 | $121,790.75 | $121,790.75 | $121,790.75 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,632.78 | $10,632.78 | $10,632.78 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $42,239.00 | $49,053.56 | $49,053.56 | $2,597.99 |
| **Total Disbursements** | $150,530.00 | $181,477.09 | $181,477.09 | $135,021.52 |

4). This case was originally filed under chapter 7 on 03/11/2016. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2018    By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 600 S Wayne Place Wheeling IL 60090-0000 | 1110-000 | $140,000.00 |
| Refund from City of Wheeling for water bill overpayment | 1290-000 | $21.52 |
| **TOTAL GROSS RECEIPTS** | | $140,021.52 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JESSE KING | Exemptions | 8100-002 | $5,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $5,000.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance | 4110-000 | $108,291.00 | $0.00 | $0.00 | $0.00 |
| | Pay off First Mortgage to JP Morgan Chase (no POC filed) | 4110-000 | $0.00 | $117,918.55 | $117,918.55 | $117,918.55 |
| | Tax proration for 2016 taxes due in 2017 | 4700-000 | $0.00 | $3,872.20 | $3,872.20 | $3,872.20 |
| **TOTAL SECURED CLAIMS** | | | $108,291.00 | $121,790.75 | $121,790.75 | $121,790.75 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $254.78 | $254.78 | $254.78 |
| Commitment update fee to title company | 2500-000 | NA | $125.00 | $125.00 | $125.00 |
| CPL fee to title company | 2500-000 | NA | $50.00 | $50.00 | $50.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Miscellaneous Seller Credit (furnace) | 2500-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Overnight service fee to title company | 2500-000 | NA | $25.00 | $25.00 | $25.00 |
| Owner's title insurance | 2500-000 | NA | $300.00 | $300.00 | $300.00 |
| State of Illinois policy fee | 2500-000 | NA | $3.00 | $3.00 | $3.00 |
| Title Charges | 2500-000 | NA | $1,075.00 | $1,075.00 | $1,075.00 |
| Transfer tax to Cook County | 2500-000 | NA | $70.00 | $70.00 | $70.00 |
| Transfer tax to State of Illinois | 2500-000 | NA | $140.00 | $140.00 | $140.00 |
| Special counsel to trustee, Special Counsel for Trustee | 3210-600 | NA | $500.00 | $500.00 | $500.00 |
| Listing Agent BHHS Koenig Rubloff, Realtor for Trustee | 3510-000 | NA | $2,425.00 | $2,425.00 | $2,425.00 |
| Selling broker commission, Realtor for Trustee | 3510-000 | NA | $3,175.00 | $3,175.00 | $3,175.00 |
| R.E. Decker Professional Land Surveyors, Surveyor for Trustee | 3991-620 | NA | $490.00 | $490.00 | $490.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,632.78 | $10,632.78 | $10,632.78 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Midland Credit Management Inc as agent for Asset Acceptance, LLC | 7100-900 | $22,656.00 | $22,626.56 | $22,626.56 | $1,198.35 |
| 2 | Erin Capital Management, LLC | 7100-900 | $4,462.00 | $4,400.84 | $4,400.84 | $233.08 |
| 3 | MIDLAND FUNDING LLC | 7100-900 | $0.00 | $16,340.66 | $16,340.66 | $865.44 |
| 4 | Portfolio | 7100-900 | $5,685.00 | $5,685.50 | $5,685.50 | $301.12 |

UST Form 101-7-TDR (10/1/2010)

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Recovery Associates, LLC |  |  |  |  |  |
| Asset Acceptance | 7100-000 | $2,237.00 | $0.00 | $0.00 | $0.00 |
| Cap One | 7100-000 | $2,975.00 | $0.00 | $0.00 | $0.00 |
| Cap One | 7100-000 | $1,225.00 | $0.00 | $0.00 | $0.00 |
| Cap One | 7100-000 | $2,999.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $42,239.00 | $49,053.56 | $49,053.56 | $2,597.99 |

**UST Form 101-7-TDR (10/1/2010)**

Case 16-08463  Doc 49  Filed 08/14/18  Entered 08/14/18 10:34:47  Desc Main
Document      Page 6 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 16-08463 | | | Trustee Name: | David Leibowitz |
| Case Name: | KING, JESSE M | | | Date Filed (f) or Converted (c): | 03/11/2016 (f) |
| For the Period Ending: | 8/3/2018 | | | §341(a) Meeting Date: | 04/21/2016 |
| | | | | Claims Bar Date: | 07/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 600 S Wayne Place Wheeling IL 60090-0000 | $164,148.00 | $8,831.25 | | $140,000.00 | FA |
| Asset Notes: | Sold pursuant to order entered on 10/19/2016 (dkt #37). | | | | | |
| 2 | Dodge Dakota 2005 119,000 | $4,500.00 | $2,500.00 | | $0.00 | FA |
| Asset Notes: | CarMax appraisal: $4500; scheduled value updated per amended schedule B filed 08/03/2016 (dkt #28). | | | | | |
| 3 | Kawasaki Vulcan 700 1984 80,000 | $1,000.00 | $0.00 | | $0.00 | FA |
| 4 | Furnishings | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 5 | 2 rifles including AK47, 2 pistols | $4,500.00 | $1,500.00 | | $0.00 | FA |
| Asset Notes: | Exemption updated pursuant to amended schedule C filed 7/12/2016 (dkt #26) | | | | | |
| 6 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 7 | Metro Bank - 2 accts | $500.00 | $500.00 | | $0.00 | FA |
| 8 | Pension payout (see Schedule I) | Unknown | $0.00 | | $0.00 | FA |
| 9 | IRA - Metro Savings | $88.00 | $0.00 | | $0.00 | FA |
| 10 | Not expecting tax refund (2015) | $0.00 | $0.00 | | $0.00 | FA |
| 11 | Term policy - Metropolitan | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Refund from City of Wheeling for water bill overpayment (u) | $0.00 | $21.52 | | $21.52 | FA |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $176,636.00 | $14,852.77 | | $140,021.52 | $0.00 |

**Major Activities affecting case closing:**

06/14/2018  2018 Reporting Period:
TFR submitted for UST review on June 13, 2018.

06/21/2017  2017 Reporting Period:
The Trustee liquidated Debtor's real property, and attended to tax issues resulting from the sale. Debtor amended his homeowners exemption to $5,000 by agreement.

The Trustee received notice from the IRS that they required 45 days to assess any taxes due.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| **Case No.:** | 16-08463 | | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | KING, JESSE M | | | **Date Filed (f) or Converted (c):** | 03/11/2016 (f) |
| | | | | **§341(a) Meeting Date:** | 04/21/2016 |
| **For the Period Ending:** | 8/3/2018 | | | **Claims Bar Date:** | 07/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

06/30/2016   2016 Reporting Period:
Assets - Trustee to sell Debtor's house
Objected to tools-of-trade exemption for firearms.
Remaining non-exempt equity in scheduled assets, aside from house: $6088
(Trustee may allow this to be deducted from the $15,000 exemption upon sale of house)

**Initial Projected Date Of Final Report (TFR):**   12/31/2017   **Current Projected Date Of Final Report (TFR):**   01/31/2018   /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1          Exhibit 9

| Case No. | 16-08463 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KING, JESSE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1286 | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | King, Jesse |
| For Period Beginning: | 3/11/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/3/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/30/2016 | | Fort Dearborn Land Title Company | Net Proceeds of Sale of Real Estate | | * | $8,831.25 | | $8,831.25 |
| | {1} | | Gross proceeds of sale (per settlement statement at dkt #40, Exh A) | $140,000.00 | 1110-000 | | | $8,831.25 |
| | | | Pay off First Mortgage to JP Morgan Chase (no POC filed) | $(117,918.55) | 4110-000 | | | $8,831.25 |
| | | | Title Charges | $(1,075.00) | 2500-000 | | | $8,831.25 |
| | | | Tax proration for 2016 taxes due in 2017 | $(3,872.20) | 4700-000 | | | $8,831.25 |
| | | | Miscellaneous Seller Credit (furnace) | $(1,000.00) | 2500-000 | | | $8,831.25 |
| | | | Commitment update fee to title company | $(125.00) | 2500-000 | | | $8,831.25 |
| | | | CPL fee to title company | $(50.00) | 2500-000 | | | $8,831.25 |
| | | | Overnight service fee to title company | $(25.00) | 2500-000 | | | $8,831.25 |
| | | | State of Illinois policy fee | $(3.00) | 2500-000 | | | $8,831.25 |
| | | | Special counsel to trustee | $(500.00) | 3210-600 | | | $8,831.25 |
| | | | Owner's title insurance | $(300.00) | 2500-000 | | | $8,831.25 |
| | | | Listing Agent BHHS Koenig Rubloff | $(2,425.00) | 3510-000 | | | $8,831.25 |
| | | | Selling broker commission | $(3,175.00) | 3510-000 | | | $8,831.25 |
| | | | Transfer tax to Cook County | $(70.00) | 2500-000 | | | $8,831.25 |
| | | | Transfer tax to State of Illinois | $(140.00) | 2500-000 | | | $8,831.25 |
| | | | R.E. Decker Professional Land Surveyors | $(490.00) | 3991-620 | | | $8,831.25 |
| 01/04/2017 | (12) | Village of Wheeling | Water Bill Refund | | 1290-000 | $21.52 | | $8,852.77 |
| 01/05/2017 | 3001 | JESSE KING | [VOID] Homestead exemption - reduced by agreement | | 8100-003 | | $5,000.00 | $3,852.77 |
| 01/05/2017 | 3001 | VOID: JESSE KING | [VOID - Check printed upside-down] | | 8100-003 | | ($5,000.00) | $8,852.77 |
| 01/05/2017 | 3002 | JESSE KING | Homestead exemption - reduced by agreement | | 8100-002 | | $5,000.00 | $3,852.77 |
| 07/17/2018 | 3003 | David P. Leibowitz | Trustee Expenses | | 2200-000 | | $254.78 | $3,597.99 |
| 07/17/2018 | 3004 | David P. Leibowitz | Trustee Compensation | | 2100-000 | | $1,000.00 | $2,597.99 |
| 07/17/2018 | 3005 | Midland Credit Management Inc as agent for Asset Acceptance, LLC | Claim #: 1; Amount Claimed: $22,626.56; Distribution Dividend: 5.30%; | | 7100-900 | | $1,198.35 | $1,399.64 |
| 07/17/2018 | 3006 | Erin Capital Management, LLC | Claim #: 2; Amount Claimed: $4,400.84; Distribution Dividend: 5.30%; | | 7100-900 | | $233.08 | $1,166.56 |

**SUBTOTALS**          $8,852.77          $7,686.21

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 16-08463 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | KING, JESSE M | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1286 | | | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | King, Jesse |
| For Period Beginning: | 3/11/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/3/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/17/2018 | 3007 | MIDLAND FUNDING LLC | Claim #: 3; Amount Claimed: $16,340.66; Distribution Dividend: 5.30%; | 7100-900 | | $865.44 | $301.12 |
| 07/17/2018 | 3008 | Portfolio Recovery Associates, LLC | Claim #: 4; Amount Claimed: $5,685.50; Distribution Dividend: 5.30%; | 7100-900 | | $301.12 | $0.00 |
| | | | **TOTALS:** | | $8,852.77 | $8,852.77 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,852.77 | $8,852.77 | |
| | | | Less: Payments to debtors | | $0.00 | $5,000.00 | |
| | | | Net | | $8,852.77 | $3,852.77 | |

**For the period of  3/11/2016 to 8/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $140,021.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $140,021.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $135,021.52 |
| Total Non-Compensable Disbursements: | $5,000.00 |
| Total Comp/Non Comp  Disbursements: | $140,021.52 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 12/30/2016 to 8/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $140,021.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $140,021.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $135,021.52 |
| Total Non-Compensable Disbursements: | $5,000.00 |
| Total Comp/Non Comp  Disbursements: | $140,021.52 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3     Exhibit 9

| Case No. | 16-08463 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KING, JESSE M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1286 | | Checking Acct #: | ******6301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | King, Jesse |
| For Period Beginning: | 3/11/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/3/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,852.77 | $8,852.77 | $0.00 |

**For the period of 3/11/2016 to 8/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $140,021.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $140,021.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $135,021.52 |
| Total Non-Compensable Disbursements: | $5,000.00 |
| Total Comp/Non Comp Disbursements: | $140,021.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/11/2016 to 8/3/2018**

| | |
|---|---|
| Total Compensable Receipts: | $140,021.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $140,021.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $135,021.52 |
| Total Non-Compensable Disbursements: | $5,000.00 |
| Total Comp/Non Comp Disbursements: | $140,021.52 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ